UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JASON DALE                                                                                                    PLAINTIFF

v.                                              No. 2:24-cv-2053

FORMER SHERIFF JIMMY STEPHENS,
Johnson County, Arkansas;
SHERIFF TOM HUGHES,
Johnson County, Arkansas;
JAIL ADMINISTRATOR JACOB SCHOOK,
Johnson County Detention Center ("JCDC");
SERGEANT JOHN GRIFFITH, JCDC;
CORRECTIONAL OFFICER CHAD QUEEN, JCDC;
CORRECTIONAL OFFICER JUSTICE CATO, JCDC; and
CORRECTIONAL OFFICER EMILY HANUSKA, JCDC,
Medical Care Supervisor                                                                                DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff be permitted to proceed on his individual capacity excessive force claims against Defendants Stephens, Schook, Griffith, Queen, and Cato, that all other individual capacity and all official capacity claims be dismissed without prejudice for failure to state a claim, and that Defendants Hughes and Hanuska be terminated. The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that all of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE except for Plaintiff's individual capacity excessive force claims claims against Defendants Stephens, Schook, Griffith, Queen, and Cato. Defendants Hughes and Hanuska are

TERMINATED as parties to this case.  The case remains referred to the Magistrate Judge for further proceedings.

    IT IS SO ORDERED this 27th day of June, 2024.

                                          /s/ P. K. Holmes, III  
                                          P.K. HOLMES, III  
                                          U.S. DISTRICT JUDGE