IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JASON DALE**                                                                                          **PLAINTIFF**

V.                                       **CASE NO. 2:24-CV-2053**

**FORMER SHERIFF JIMMY STEPHENS;**
**JAIL ADMINISTRATOR JACOB SCHOOK,**
**Johnson County Detention Center (JCDC);**
**SERGEANT JOHN GRIFFITH (JCDC);**
**CORRECTIONAL OFFICER CHAD QUEEN (JCDC);**
**and CORRECTIONAL OFFICER JUSTICE CATO (JCDC)**           **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 50) filed in this case on March 14, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. 36) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 1st day of April, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE